UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>         v.<br><br>ADRIAN ANGELO RIVERS,<br><br>   Defendant. | Case No.: **21-MJ-2672**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition;<br><br>21 U.S.C. § 841(a)(1) – Possession of Fentanyl with Intent to Distribute; |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about May 15, 2021, within the Southern District of California, defendant Adrian Angelo RIVERS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: two (2) rounds of 9mm ammunition loaded into a Glock-style 9mm pistol that does not bear a legitimate manufacturing mark or serial number (also known as a "ghost gun"); in violation of Title 18, United States Code, Section 922(g)(1).

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

On or about May 15, 2021, within the Southern District of California, defendant Adrian Angelo RIVERS, did knowingly and intentionally possess, with intent to distribute 40 grams and more, to wit: approximately 100 grams (.220 pounds), of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) ("Fentanyl"), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

*Edward Byrne*
_____
Special Agent Edward Byrne
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this <u>30th</u> day of June 2021.

_____
HON BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about May 15, 2021, A San Diego Police Department "SDPD" Detective received a call about an arrest downtown where the suspect was in possession of a large amount of "M30" pills and armed with a loaded firearm.

The SDPD Detective arrived at SDPD Headquarters and met with two SDPD Patrol Officers.  The Patrol Officers informed the detective that they received a radio call about a person armed with a gun at 13th Street and G Street.  The suspect was described as a Hispanic male in his 30s, tall, 200 pounds, wearing a dark shirt, black pants, tattoos on his neck, with a stroller.

The officers arrived on scene and observed an individual, later identified as Adrian Angelo RIVERS, matching the description standing next to a stroller with a dog inside of it.  After detaining RIVERS, the officers observed the muzzle of a firearm under a blanket that was on top of the stroller.  The firearm was a Glock-style 9mm ghost gun with an unspent hollow point cartridge loaded in the chamber.  There was also a high-capacity magazine seated in the this firearm with thirteen more unspent cartridges of 9mm ammunition, including four hollow point rounds and nine full metal jacket rounds.

During the search incident to arrest, officers located a plastic bag with approximately 1000 "M30" pills inside of the backpack RIVERS was wearing.  There was also a small container of white crystalline material and an operable digital scale.  The Detective inspected the bag of pills and recognized the quantity as a "boat," which is slang for 1000 pills. The detective could see through the clear plastic baggie that the pills were imprinted with an "M" on one side and a "30" on the opposite side.  Based on the detective's training and experience, he knew that these types of pills are commonly sold on the street as

counterfeit oxycodone but instead contain fentanyl. Based on my training and experience, I know that M30 pills containing fentanyl always weigh approximately .1 grams each; therefore, the total net weight of the pills is approximately 100 grams. I also know based on my training and experience that 1000 M30 pills is a distribution quantity, not a personal use quantity.

The detective then introduced himself to RIVERS while he was seated in the back of the police vehicle. RIVERS told the detective that he wanted to talk to him. The detective and one of the officers escorted RIVERS to the Narcotics Office. The detective activated his digital audio recorder and Mirandized RIVERS.

Post-Miranda, RIVERS stated that got the pills the previous night in downtown San Diego, and he had robbed another man named "Wicked" of the pills. RIVERS did not know where Wicked had acquired the pills originally, but he was pretty sure they had come out of someone's rectal area. The pills were taped tight with saran wrap and a rubber glove. There was still fecal matter on the outer wrappings when RIVERS obtained them. RIVERS stated that he doesn't really know that much about the pills, but he usually sells them for approximately $5.00 USD per pill. RIVERS stated that he had "punked" a "white boy" for his skateboard by telling him to leave it and get out of the area. RIVERS speculated that the victim got mad and called the police. RIVERS went on to state that he has had possession of the firearm he was arrested with for the last 3-4 days but denied using it. RIVERS stated that he previously possessed a silver Kimber 1911 (.45 caliber) that had an issue with the magazine, so he traded it for the ghost gun.

RIVERS also consented to the search of his cellular telephone and provided his passcode to the detective. The detective utilized the passcode and unlocked the phone. During the detective's review of photos and text messages, he noted that RIVERS texted numerous people that he was in possession of 1000 M30s and that he was looking to sell them. In one specific text exchange with a contact labeled "Young Kids(C)," RIVERS stated that he was selling them for $5.00 USD apiece. When asked what it is (content of

the pill), RIVERS replied "it's fetty in the form of a pill." Based on the detective's training and experience, he knows "fetty" is slang for fentanyl.

Preliminary records checks on RIVERS revealed the following relevant criminal history, though further database queries may reveal additional criminal history that is not listed below:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 2008 | CASC – San Diego | Cnt 1: PC 211– Robbery<br>Cnt 2: PC 1203(e)(2)<br>Cnt 3: PC 1192.7(c)(23)<br>Cnt 4: PC 12022(b)(1) | 4 years' prison |
| 2015 | CASC – San Diego | Cnt 1: PC 664-211 – Attempted Robbery | 16 months' prison |

The ammunition was inspected and seized. Preliminary checks by a Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent revealed that at least 2 of the rounds were not manufactured in California. A final determination for the remaining rounds is pending. Therefore, the ammunition traveled in and/or affected interstate commerce to arrive in the state of California.